Date signed November 21, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| ROBIN MICHAEL SHEATS : | Case No. 11-27428PM |
| : | Chapter 13 |
| Debtor : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | |

### MEMORANDUM ON OBJECTION
### TO PROOF OF CLAIM

      On October 13, 2011, Debtor filed an Objection to a proof of claim filed on behalf of PNC Bank. Service was made by regular mail upon the individual who signed the proof of claim. The Objection reports that the vehicle subject to the proof of claim was sold and the claim satisfied in full. However, this sale and payment were not disclosed on Debtor's Statement of Financial Affairs.

      In order for the court to rule on this matter, it will be necessary for the Debtor to amend his Statement of Financial Affairs to disclose the terms of this transaction, and this must be accomplished even if the proof of claim of claim is withdrawn. Service upon the respondent, PNC Bank, should be accomplished in accordance with Fed. Rule Bankruptcy Proc. 7004(h) and Local Bankruptcy Rule 2007-1.

cc:
Robert M. Sheats, 409 North Main Street, Boonsboro, Md 21713
Matthew C. Leefer, Esq., 333 N. Main Street, POB 171, Boonsboro, MD 21713
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
PNC Bank, Attn: Therese Green, POB 93982, Cleveland, OH 44101
CSC-Lawyers Incorporating Service Co., 7 St. Paul Street, #1660, Baltimore, Md 21202

**End of Memorandum**